**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Humberto PISA–BENTANCUR,
Defendant—Appellant.**

**No. 10–10310
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 17, 2010.

Michelle Thresher Taylor, Esq., A. Brian Albritton, Donald L. Hansen, David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Che Lopardo, Law Office of Che Lopardo, PA, Tampa, FL, for Defendant–Appellant.

Before EDMONDSON, BLACK, and PRYOR, Circuit Judges.

PER CURIAM:

Humberto Pisa–Bentancur (Defendant) appeals his total 24–month sentence for conspiring to transport at least six illegal aliens within the United States, transporting six illegal aliens within the United States, being an alien in the United States without the consent of the U.S. Attorney General after deportation, and entering the United States at a place not designated. The district court heard Defendant's arguments about Mexico, his family circumstances, and lack of criminal history. Defendant's sentence was not substantively unreasonable, as the district court acted within its discretion in determining that a 24–month total sentence, which was the lowest possible guideline range sentence, was sufficient, but not greater than necessary, to comply with the 18 U.S.C. § 3553(a) factors.

AFFIRMED.